UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:08-CR-25-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LISA HARPER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Defendant's Motion for Clarification of Judgment.

Defendant's Motion, filed by counsel, is essentially identical to Defendant's previous *pro se*

Request to Suspend Restitution Payments pending the start of her supervised release period. *See*

D.E. #25. The Government once again opposes Defendant's motion. Through the Inmate

Financial Responsibility Program, Defendant is required to make monthly payments of $267.00.

Defendant still owes more than $850,000 in restitution. The Government reasserts that it is

actively pursuing collection of the money owed by Defendant and believes assets that could be

used to pay the restitution this Court ordered are still being hidden. The Court finds the

Government's objections valid, and, accordingly, Defendant's Request to Suspend Restitution

Payments is DENIED.


SO ORDERED.

This __17__ day of June, 2010.


_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE